Order issued November 19, 2012.



**In The**

# Court of Appeals

**For The**

# First District of Texas

_____

NO. 01-11-00775-CV

_____

JUAN JULIO MORALES, KATHRYN ALYCE MURPHY,

AND VANDERLEI BERNARDI, Appellant

V.

6800 SW FREEWAY, INC., Appellee

On Appeal from the County Civil Court at Law No. 2
Harris County, Texas
Trial Court Case No. 976,947

ORDER ON MOTION TO STAY APPEAL
FOLLOWING NOTICE OF BANKRUPTCY FILING

Appellant Vanderlei Bernardi notifies this Court of his August 17, 2012

bankruptcy filing. As a result of the filing, Bernardi is protected from further

proceedings pending resolution of his bankruptcy case. *See* 11 U.S.C.S. § 362(a)

(2009 & Supp. 2012) (automatic bankruptcy stay).

Accordingly, the Court suspends this appeal and will take no further action in the appeal other than to receive and hold with the other papers in the appeal any documents tendered during the period of suspension. A document filed by a party while the appeal is suspended will be deemed filed on the same day, but after, the Court reinstates or severs the appeal and will not be considered ineffective because it was filed while the appeal was suspended. TEX. R. APP. P. 8.2. The appeal will show as an inactive case on the Court's docket. *See* TEX. R. APP. P. 8.3. The case is subject to reinstatement on notice from the parties that the bankruptcy stay is no longer in effect. *See* 11 U.S.C.S. § 362(c) (2009 & Supp. 2012).


Jane Bland
Justice
Acting individually